**BARRY ROSEN**
**PO Box 48032**
**Los Angeles, CA 90048**
**Telephone: (323) 653-2043**
**Email: brcopysuit-court@yahoo.com**

**Pro Se Filing**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CV 16 - 0 6 8 2 4 - DSF(GJSx)**

Barry Rosen,

          Plaintiff,

          vs.

Brain Gray dba American Icons Texas,
Leaf trading Cards, LLC, Jonathan
"Jon" Rademacher, Dan Schwartz and
Scott Schwartz dba Baseball Cards
Movie Collectibles and Does 1 through
10,

          Defendants.

**Case No.**
**Complaint for Copyright**
**Infringement**

**Demand for Jury Trial**



Plaintiff Barry Rosen ("Plaintiff") alleges:

### Jurisdiction and Venue

1.   ***Subject Matter Jurisdiction.*** This action arises under the Copyright Act, 17 U.S.C. ' 101 *et seq.* This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. '' 1331 and 1338(a).

**Complaint**

2. **Venue.** Venue is proper in this Court pursuant to 28 U.S.C. Section 1391 (b), (c), and Section 1400(a).

3. **Personal Jurisdiction.** Personal jurisdiction is proper over the Defendants because they either reside in California or the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business and enter into contracts with individuals in California, including within the County of Los Angeles or have engaged in intentional acts that willfully infringed or assisted in the infringement of Plaintiffs copyrights. Each of the Defendants, therefore, has purposefully availed itself of the privilege of doing business in California, and material elements of Defendants' wrongdoing occurred in this State, *i.e.,* Defendants caused the infringing images to be distributed to and displayed in Los Angeles County to thousands of persons.

4. Plaintiff does not presently know the true names and capacities of the defendants named as Does 1 through 10 and therefore sues such defendants by these fictitious names. Plaintiff believes that the Doe Defendants are persons or entities who are involved in the acts set forth below, either as independent contractors, agents, or employees of the known defendants, or through entering into a conspiracy and agreement with the known Defendants to perform these acts, for financial gain and profit, in violation of Plaintiff's rights. Plaintiff will request leave of Court to amend this Complaint to set forth their true names, identities and capacities when Plaintiff ascertains them. The Doe defendants and the known Defendants are referred to hereinafter collectively as "Defendants."

5. Defendants have been or are the principals, officers, directors, agents, employees, representatives, and/or co-conspirators of each of the other defendants, and in such capacity or capacities participated in the acts or

conduct alleged herein and incurred liability therefor. At some unknown time, the Defendants, or some of them, entered into a conspiracy with other of the Defendants to commit the wrongful acts described herein. The actions described below were taken in furtherance of such conspiracy. Defendants aided and abetted each other in the wrongful acts alleged herein. Each of the Defendants acted for personal gain or in furtherance of their own financial advantage in doing the acts alleged below.

**First Claim for Relief for Copyright Infringement**
**(Against All Defendants)**

6.   Plaintiff realleges paragraph 1 through 5.

7.   Plaintiff is a photographer. Plaintiff created the photographs identified in Exhibit A attached hereto ("Photographs"). Each of the Photographs consists of material original with Plaintiff and each is copyrightable subject matter. Plaintiff is the owner of all right, title, and interest in and to each of the Photographs. Plaintiff has registered the copyrights for the Photographs and has been issued Certificates of Registration.

8.   Under Section 106 of the Copyright Act of 1976, 17 U.S.C. ' 101 *et seq*. (the "Copyright Act"), Plaintiff has the distinct, severable, and exclusive rights, *inter alia*, to reproduce, distribute and publicly display the Photographs. (17 U.S.C. '' 106(1), (3), and (5).)

9.   Plaintiff is informed and believes that Brain Gray ("Gray")("Defendant") is an individual residing within Dallas, TX and that Defendant Gray has operated and is currently operating as a seller on eBay under the username "aitx" dba American Icons Texas and that Defendant is in the business of selling photographs of celebrities and other collectibles on eBay that infringed on Plaintiffs Photographs ("Direct Infringer").

10.  On or about October 2, 2013, Plaintiff discovered that Defendant Gray

**Complaint**
3

operating as a seller on eBay under the username "aitx" made and/or posted on the website ebay.com, 2 separate unauthorized copies of 2 separate unauthorized photographic prints of 2 of Plaintiffs Photographs of Daisy Fuentes. Plaintiffs Photographs are registered with the copyright office under registration numbers:

VA1-239-762 and VAu692-230.

11.   Plaintiff is informed and believes that Leaf Trading Cards, LLC ("Leaf")("Defendant") is a Texas Limited liability corporation that Defendant is in the business of making and distributing "Baseball" trading style cards of celebrities and sports figures and that infringed on Plaintiffs Photographs ("Direct Infringer"). Plaintiff is further informed and believes that Defendant Gray is the sole owner and/or principal decision maker and operator of Leaf trading Cards, LLC and was directly responsible for the actions that resulted in infringement of Plaintiffs Photographs.

12.   Plaintiff is informed and believes that Jonathan "Jon" Rademacher ("Rademacher")("Defendant") is an individual residing within the state of Minnesota and that Defendant Rademacher is an artist and created the unauthorized derivative work that infringed on Plaintiffs Photographs ("Direct Infringer"). Plaintiff is further informed and believes that Defendant Rademacher was commissioned by Defendant Gray to create the unauthorized derivative work.

13.   Plaintiff is informed and believes that Dan Schwartz and Scott Schwartz (collectively "Schwartz")("Defendant") are individuals residing within either Los Angeles or Ventura County, California and that Defendant Schwartz has operated and is currently operating as a seller on eBay under the username "moviecollectible" dba Baseball Cards Movie Collectibles and that Defendant is in the business of selling trading cards produced by

Defendant Leaf that infringed on Plaintiffs Photographs ("Direct Infringer").

14.   On or about December 22, 2014, Plaintiff discovered that Defendant Schwartz operating as a seller on eBay under the username "moviecollectible" had made and/or posted on the website ebay.com, a trading card produced by Defendant Leaf featuring an unauthorized derivative work of one of Plaintiffs Photograph of Ali Landry in the form of a painting done by Defendant Rademacher and that said trading card had been sold on  December 20, 2014. Plaintiffs Photograph is registered with the copyright office under registration number VAu660-263.

15.   Within the last three years, Plaintiff discovered that Defendants, without Plaintiff's permission, consent or authority, (1) made or caused to be made unauthorized copies of the Photographs, (2) distributed, made available for distribution, and/or facilitated the unauthorized distribution of unauthorized copies of the Photographs, and/or (3) publicly displayed, made available for, and/or facilitated, the unauthorized public display of the Photographs, on the website Imagevenue.com.

16.   Such conduct constitutes direct infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. '' 106 and 501.

17.   Defendants enabled, induced, facilitated, and/or materially contributed to each act of infringement by infringing users. Defendants' conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. '' 106 and 501.

18.   Defendants have and have had the right and ability to control the infringing conduct alleged above. Defendants have derived, or have continuously attempted or intended to derive, a direct financial benefit from the infringing

**Complaint**

5

use of the Photographs. As a direct and proximate result of Defendants'
failure and refusal to control and prevent the infringing activity, Defendants
have infringed Plaintiffs' copyrights in the Photographs as set forth above.
Defendants' conduct constitutes vicarious infringement of Plaintiff's
copyrights and exclusive rights under copyright in the Photographs in
violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. '' 106 and
501.

19.    Defendants' acts of infringement were ongoing, willful, intentional, and
purposeful, and/or in reckless disregard of and with indifference to
Plaintiff's rights in that Defendants knew or recklessly failed to know that
they did not have the right to use the Photographs in the manner in which
they used the Photographs. Defendants have knowingly engaged and
continue to engage in the business of inducing, causing, and/or materially
contributing to the unauthorized reproduction, public display, and/or
distribution of copies of the Photographs. Defendants actions are reckless as
defendants have consistently shown lack of regard for complying with
various legal obligations.

20.    As a direct and proximate result Defendants' infringements, Plaintiff was
damaged, and Plaintiff is entitled to his actual damages and Defendants'
profits pursuant to 17 U.S.C. section 504(b).

21.    Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum
statutory damages pursuant to 17 U.S.C. Section 504(c) with respect to each
work infringed or such other amounts as may be proper under 17 U.S.C.
Section 504(c).

22.    Plaintiff is entitled to attorneys' fees and costs pursuant to 17 U.S.C. Section
505.

WHEREFORE, Plaintiff prays for judgment against Defendants and each of

**Complaint**

them as follows:

1.      For Plaintiff's actual damages.

2.      For a full accounting under supervision of this Court of all profits, income, receipts, or other benefits derived by Defendants as a result of their willful and unlawful conduct.

3.      For statutory damages under the Copyright Act.

4.      For prejudgment interest.

5.      For attorneys' fees and costs.

6.      For preliminary and permanent injunctive relief from ongoing infringing activities, including, but not limited to:

     a.      enjoining Defendants, and all persons acting in concert or participation with them, from: directly or indirectly infringing in any manner, or causing, contributing to, enabling, facilitating, or participating in the infringement, of Plaintiff's copyrights (whether now in existence or hereafter created) or exclusive rights under copyright, and

     b.      For such other and further relief as this Court deems just and appropriate.

7.      For such other and further relief as this Court deems just and appropriate

Dated: September 9, 2016

BY:_____

BARRY ROSEN
Pro Se

**Complaint**

7

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial in this case.

Dated: September 9, 2016

BY: _____

BARRY ROSEN
Pro Se

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )<br>Barry Rosen | **DEFENDANTS** ( Check box if you are representing yourself ☐ )<br>Brian Gray dba American Icons Texas, Leaf trading Cards, LLC, Jonathan "Jon" Rademacher, Dan Schwartz and Scott Schwartz dba Baseball Cards Movie Collectibles and Does 1 through 10 |
| **(b) County of Residence of First Listed Plaintiff**  Los Angeles, CA<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | **County of Residence of First Listed Defendant**  Collin County, TX<br>*(IN U.S. PLAINTIFF CASES ONLY)* |
| **(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.<br>Barry Rosen<br>PO Box 48032<br>Los Angeles, CA 90048<br>Telephone:    (323) 653-2043 | **Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 450,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| | | |
|---|---|---|
| **FOR OFFICE USE ONLY:**   Case Number: | **CV16 - 06824** | |
| CV-71 (07/16) | **CIVIL COVER SHEET** | **Page 1 of 3** |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no, " skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | | |
|---|---|---|
| ☐ Yes ☒ No | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question B.2. |
| If "no, " skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | | |
|---|---|---|
| ☐ Yes ☒ No | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question C.2. |
| If "no, " skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br><br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br><br>Enter "Eastern" in response to Question E, below.<br><br>If "no," your case will be assigned to the WESTERN DIVISION.<br><br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☒ Yes ☐ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?        ☒ NO        ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO        ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

| **X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** | | DATE: 9/9/16 |

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |