# UNITED STATES DISTRICT COURT
## for the
### Central District of California

Barry Rosen

*Plaintiff(s)*

v.

Brain Gray dba American Icons Texas, Leaf trading Cards, LLC, Jonathan "Jon" Rademacher, Dan Schwartz and Scott Schwartz dba Baseball Cards Movie Collectibles and Does 1 through 10,

*Defendant(s)*

Civil Action No. CV16-06824-DSF(GJSx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry Rosen
136 S. Clark Dr #5
Los Angeles CA 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/12/2016

CLERK OF COURT

ANDRES PEDRO

*Signature of Clerk or Deputy Clerk*

1202

**BARRY ROSEN**
PO Box 48032
Los Angeles, CA 90048
Telephone: (323) 653-2043
Email: brcopysuit-court@yahoo.com

**Pro Se Filing**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>  Plaintiff,<br><br>  vs.<br><br>Brain Gray dba American Icons Texas, Leaf trading Cards, LLC, Jonathan "Jon" Rademacher, Dan Schwartz and Scott Schwartz dba Baseball Cards Movie Collectibles and Does 1 through 10,<br><br>  Defendants. | Case No.<br>**Complaint for Copyright Infringement**<br><br>**Demand for Jury Trial** |

Plaintiff Barry Rosen ("Plaintiff") alleges:

### Jurisdiction and Venue

1. ***Subject Matter Jurisdiction.*** This action arises under the Copyright Act, 17 U.S.C. ' 101 *et seq*. This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. '' 1331 and 1338(a).

**Complaint**
1